**CRIMINAL COURTROOM MINUTE SHEET**
**INITIAL APPEARANCE on RULE 32**

**DATE:** Apr 21, 2025

**CASE:** MJ-25-233-CMS

**Start Time:** 3:45    **End Time:** 3:53

**COURTROOM:** 101

**MAGISTARE JUDGE CHRIS M. STEPHENS**

**COURTROOM DEPUTY ANDREA CASTER**

**UNITED STATES OF AMERICA vs.  Ricky Dewayne Stone**

Defendant States true and correct name as:  same

**AGE:** 52

**Government Cnsl:** Kaleigh Blackwell

**Defendant Cnsl:** Andrew Casey

**U.S. Probation Officer: Marissa Rios-Procter**

Court Appointed

☒ Defendant Appears,    custody of U.S. Marshal with Counsel

**Interpreter:**  Rita Lyons

☐ Defendant advised of his / her right of consular notification,

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot obtain counsel.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Defendant informed of the ☐ Probation Violation  ☒ Supervised Release Violation  and of alleged violation of probation or supervised release.

Charging District:  Eastern District of Oklahoma

Charging District case number:  CR-20-101-RAW

---

**PRELIMINARY / RULE 32**

☒ Defendant informed of his / her right to a preliminary hearing in the charging district.

☒ Defendant advised of his / her right to a preliminary hearing in this district since the alleged violation occurred in this district.

  ☒ Defendant waives his / her right to a preliminary hearing. Written waiver entered.

    ☐ Preliminary hearing is set for:

☒ Defendant waives his / her right to an identity hearing and admits that he / she is the same person named in the warrant.

☐ Government produces certified copies of the judgment, warrant and warrant application or produces copies of those certified documents by reliable electronic means.

☒ Defendant waives production of certified copies of the judgment, warrant and warrant application or reliable electronic form of those documents.

---

**RELEASE / DETENTION**

☐ Government recommends defendant be released on

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☐ Government

  ☐ Upon motion of the Government and request for continuance by

  ☐ Detention Hearing is set for

☐ Defendant requests that the detention issue be held in abeyance until defendant is returned to charging district. The court finds good cause to exceed the time limits set forth by the Bail Reform Act, if necessary, in order to allow the U.S. Marshal sufficient time to transport defendant to the charging district. Defendant remanded to the custody of the U.S. Marshal.

---

**The Court Orders:**

☒ The United States Marshal for the Western District of Oklahoma is to remove defendant to the district in which he/she is charged and deliver defendant to the United States Marshal for that district or to some other officer authorized to receive him. Written Order entered.

☐ Defendant temporarily detained pending detention hearing. Written Order entered.  Defendant remanded to the custody of the U.S. Marshal.

☐ Unsecured Bond set at                                          with conditions per Release Order.

☐ Secured Bond set at                                          with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of the U.S. Marshal.

☐ Defendant to report for further proceedings in the District Court in which prosecution is pending as follows:

SR-01-2016